# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT RUFF,** | : | |
|    Petitioner | : | |
| | : | No. 1:20-cv-851 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN FCI SCHUYLKILL,** | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 1st day of June 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is **DIRECTED** to substitute the Warden of FCI Schuylkill as the Respondent in the above-captioned case;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**;

3. Petitioner's request for the appointment of counsel (Doc. No. 3) is **DENIED**; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                s/ Sylvia H. Rambo
                                                United States District Judge